UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH D. JOHNSON, ) | |
| ) | No. CV-05-3078-CI |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| v. ) | MOTION FOR REMAND |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulation of the parties,

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

On remand, the ALJ will go through the sequential evaluation process and further evaluate Plaintiff's RFC; and determine whether claimant can perform his past relevant work or other work existing in significant numbers. The parties have stipulated that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and

ORDER STIPULATED MOTION FOR REMAND - 1

costs pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

Judgment shall be entered for the Plaintiff and the file shall be closed.

DATED May 3, 2006.

                    <u>S/ CYNTHIA IMBROGNO</u>
                  UNITED STATES MAGISTRATE JUDGE

ORDER STIPULATED MOTION FOR REMAND - 2